UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF **THE PERSONAL PROPERTY OF AMOS OLAGUNJU**, CURRENTLY LOCATED AT **119 D ST NE, WASHINGTON, DC 20510** | Misc. No. _____ |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Christopher Desrosiers, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property, specifically a **BLACK AND BLUE BRIEFCASE AND ITS CONTENTS, AND A GREEN AND BLACK *PACIFIC COAST LUGGAGE* SUITCASE AND ITS CONTENTS**, which are currently in law enforcement possession, and the extraction from that property any items, documentation and/or information as described in Attachment B.

2. I am a Special Agent (SA) with the United States Capitol Police (USCP), where I have served since February 2007. I am currently assigned to the Investigations Division Threat Assessment Section. My duties and responsibilities, among other things, include investigations into the stalking and harassment of Members of Congress. I have attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received training and gained experience in search and arrest warrant applications, the executions of searches and seizures, physical evidence seizure and processing, and various other relevant training. As a federal agent, I am authorized to investigate violations of laws of the

United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### IDENTIFICATION OF THE DEVICE TO BE EXAMINED

4. The property to be searched is a **BLACK AND BLUE BRIEFCASE AND ITS CONTENTS, AND A GREEN AND BLACK *PACIFIC COAST LUGGAGE* SUITCASE AND ITS CONTENTS**, hereinafter the "PERSONAL PROPERTY."

5. The PERSONAL PROPERTY is currently located at **119 D STREET NE, WASHINGTON, DC 20510**.

### PROBABLE CAUSE

6. On or about May 22, 2014, staff from the Washington, D.C. office of Congresswoman Kyrsten Sinema of Arizona contacted the United States Capitol Police (hereafter USCP) to report a series of social media messages (via Facebook), and telephone calls from OLAGUNJU. Staff stated that in his communication, OLAGUNJU claimed to have a personal relationship with the Congresswoman.

7. On or about August 26, 2014, the Congresswoman's staff contacted USCP to report that OLAGUNJU's contact had continued and increased in frequency since the original report. Staff reported that OLAGUNJU would express his love for the Congresswoman, reference their future together, and express his desire to meet with the Congresswoman in person. Staff reported over 95 contacts from OLAGUNJU from June 2, 2014 through August 24, 2014.

8. On or about October 14, 2014, the Congresswoman's staff contacted USCP to report that OLAGUNJU had sent the Congresswoman's AZ campaign office a letter including flight information referencing OLAGUNJU travelling to AZ.

9. On or about October 14, 2014, a USCP Agent made contact with OLAGUNJU via telephone to discuss OLAGUNJU's attempts at contact with the Congresswoman and his reasons for providing his flight information to the Congressional office and contributing to the Congresswoman's campaign. OLAGUNJU stated that he wanted to help the Congresswoman and further stated he was a member of the Congresswoman's "team". OLAGUNJU was told by the USCP Agent that his contact with the office was unwanted, and that he was not a member of the Congresswoman's "team".

10. On or about January 16, 2015, OLAGUNJU posted the following message on the Congresswoman's Facebook page:

> "How are you doing this beautiful Day? I will be in Washington next month and I would like to stop by and see your new and beautiful office. If you don't mind. Maybe we can have dinner together in a small diner if you want. At least for the first time and go watch movie called "Sema" together. If it is fine with you, please let me know. Ok. Amos"

11. On or about January 20, 2015, OLAGUNJU posted the following message on the Congresswoman's Facebook page:

> "My only one, are you back in Washington? Do you dress warm? It is very cold. I will be watching the president tomorrow by 9:00PM. And I will see you too with the rest Congress. Also by February we shall see each other


> facially. How great shall it be, I can not wait to see your face. I love you so dearly. Good Night dear. Amos"

12. On or about January 22, 2015, a USCP Agent made contact with OLAGUNJU via telephone and explained to OLAGUNJU that his messages to the Congresswoman were inappropriate and unwanted, and needed to cease. The Agent further stated to OLAGUNJU that he would not be able to meet with the Congresswoman if he travelled to Washington, D.C. OLAGUNJU stated that he understood.

13. On or about March 25, 2015, staff from the PHOENIX, AZ district office of the Congresswoman contacted USCP to report that OLAGUNJU had left the office three voicemail messages, stating that he was currently staying at a local hotel in AZ. During one of the messages, OLAGUNJU provided a phone number for a hotel located in Phoenix, AZ.

14. On or about March 26, 2015, the Congresswoman's staff reported to USCP that OLAGUNJU had sent an RSVP via Facebook for an event the Congresswoman was having on March 27, 2015, in Arcadia, AZ.

15. On or about March 27, 2015, a USCP Agent again contacted OLAGUNJU via telephone and reiterated that OLAGUNJU's contacts were unwanted.

16. On or about June 1, 2015, OLAGUNJU sent the following email to the Congresswoman via her press email account:

> My Love & My life. Do you see my tape? If so do you like it or not? Please let me know. This is June 1ˢᵗ_Am I coming this Month? According to our plan. I will never let you down or disappoint you; by the special grace of God Almighty Krysten (sic) my love; my life & my blonde, I love you with my

heart and my soul. I am waiting for your respond. If you are still doubting, please let me know. Ask me any question please thank your husband to be, Amos"

17. On or about December 30, 2015, OLAGUNJU sent the Congresswoman an email stating that he had purchased a flight from New York, NY to Phoenix, AZ to see the Congresswoman. USCP Agents contacted the City of New York Police Department (NYPD) who verified the flight arrangements and made contact with OLAGUNJU and subsequently arrested him for outstanding traffic offenses.

18. On or about March 4, 2016, the Congresswoman obtained an injunction in the Chandler, AZ Municipal Court ordering that OLAGUNJU was to have no contact with the Congresswoman. The Injunction was served on OLAGUNJU by the Phoenix Police Department and was scheduled to expire a year after it was issued.

19. On or about April 22, 2016, OLAGUNJU showed up at an event in Chandler, AZ, that the Congresswoman was attending. Staff removed the Congresswoman from the event and contacted local police. Local police arrested OLAGUNJU for violation of the injunction. OLAGUNJU was sentenced to 11 months' probation and was allowed to leave the state to return to NY with his brother.

20. On or about May 1, 2017, after the expiration of the first protective order, the Congresswoman's staff reported that OLAGUNJU had made contact again with their office when he tried to sign up to be a volunteer.

21. On or about July 6, 2017, the Congresswoman obtained a second injunction against OLAGUNJU in the City of Phoenix, AZ Municipal Court, again ordering that OLAGUNJU was to have no contact with the Congresswoman.

22. On or about July 9, 2017, I was present when members of the NYPD served OLAGUNJU with the 2017 injunction at his residence located in Brooklyn, NY.

23. On or about July 25, 2017, the Congresswoman's staff reported to USCP that their campaign office had just received a package from OLAGUNJU which included a letter and a photocopy of the injunction order. The letter mentioned a person named "Williams", which was an apparent reference to a USCP Special Agent who had previously made contact with the defendant. In the letter, OLAGUNJU wrote the following:

> "Also last Sunday morning, some people know (sic) the front of our house, I went to open the door, it was the police officers from Williams "again". I am sending these copies to you, so you can read them, and let me know your thoughts before I say anything. I don't want you to "call him". This man Williams is in serious trouble with Almighty God, but please pretend you don't know or see anything. The Bible says the "The Battle is for the Lord, he taught is fighting us, but not us, he is fighting the "Host of heaven, and Jesus Christ. Let us see what will happen, maybe he can beat the Almighty God, "we shall see." I want you to read them over." I love you more than ever. I am seriously in love with you. Take care of my job, so I can travel to San Francisco and meet you there, and start my job." My lovely partner, and my "WIFE". Thanks. Your's in love Amos."

24.     On or about August 24, 2017, the Congresswoman's staff reported to USCP that their campaign office had received another mailing from OLAGUNJU. In the multi-page letter, OLAGUNJU wrote:

> "Hi Darling love, Good day to you. How are you doing in AZ you did not call me. Why are you so far to me? When will I see your face sitting by my side. Why are you entangled yourself in many things, that's why you've know time for me, how can we plan our future together as one. Many things you're doing yourself where is your phone call to me. I enclose the building plans for you. This is the house I am building for you in Ejigbo, near Ibadan, of (sic) State of Nigeria for you. The night you agreed to be my my wife, telling me "your're in love with me, that night I decided to build you a house, bought you a land and the house have started." (with the letter, OLAGUNJU included copies of what appear to be blueprints for a house)

25.     On or about September 11, 2017, the Congresswoman's staff reported to USCP that OLAGUNJU had sent the following Facebook message to the Congresswoman, via her Veterans for Sinema Facebook page:

> "Darling, the wedding gown, I love that, It is so moderate, beautiful, I want you to have it, You'll have when I see you less than two weeks. Love."

26. On or about October 12, 2017, the Congresswoman's staff reported to USCP that their Washington, D.C. office had received a mailing from OLAGUNJU, which included a letter and a copy of the 2017 injunction. The letter included the following statements:

> "About us, we're determined to marry each other, nothing can change that or delay us for living together. Two years ago, you told me to ship all my belongings to you which I did, before problems started with Williams and your staffs. I told you before that I would be a father of your children taking good care of them, and you a great husband till the end of my life."

27. On or about November 15, 2017, the Congresswoman's staff reported to USCP that OLAGUNJU contacted their Washington, D.C. office via telephone, and requested to speak with the Congresswoman. The request was denied and the call was terminated.

28. On or about January 12, 2018, staff from the Congresswoman's Washington, D.C. office contacted USCP to report that OLAGUNJU had arrived in-person at their office, and stated that he had a meeting with the Congresswoman. USCP Officers responded to the office immediately, and OLAGUNJU was subsequently arrested for violating the injunction order. I am aware that, prior to arrest, the arresting officer contacted authorities in Phoenix, AZ, and confirmed that the 2017 injunction remained in force.

29. On or about January 12, 2018, at the time of arrest OLAGUNJU was in possession of the PERSONAL PROPERTY. OLAGUNJU stated to your affiant that on or about January 11, 2018, he and the Congresswoman exchanged emails for approximately 2 hours. OLAGUNJU further stated the Congresswoman told him to travel to Washington D.C. to train for a job with her office. As stated above, OLAGUNJU has previously to mailed items to the Congresswoman,

including blueprints for a proposed house overseas. Given OLAGUNJU's statements regarding the purpose of his travel, as well as his communication with the Congresswoman regarding job training for a position in the Congressional office and his history of mailings to the Congresswoman, I submit that OLAGUNJU likely carried documentation in his PERSONAL PROPERTY that would further detail his travel and prior contact with the Congresswoman and likely also carried items in his PERSONAL PROPERTY that he intended to deliver to the Congresswoman.

30. The PERSONAL PROPERTY is currently in the lawful possession of the USCP and stored at 119 D Street N.E. Washington, D.C.

31. On January 18, 2018, an indictment was returned charging OLAGUNJU with one count of stalking, in violation of 18 U.S.C. § 2261A(1)(B), and one count of interstate violation of a protection order, in violation of 18 U.S.C. § 2262(a)(1). This indictment is pending in case no. 1:18-cr-00011-JDB.

## CONCLUSION

32. I respectfully submit that this affidavit supports probable cause for a warrant to search the **BLACK AND BLUE BRIEFCASE AND ITS CONTENTS, AND A GREEN AND BLACK *PACIFIC COAST LUGGAGE* SUITCASE AND ITS CONTENTS** described in Attachment A and to seize the items described in Attachment B.

Respectfully submitted,

_____

Christopher Desrosiers, Special Agent
United States Capitol Police

Subscribed and sworn to before me
on                              2018:

_____

UNITED STATES MAGISTRATE JUDGE